101 F.3d 691
 6 A.D. Cases 1152
 Joyde D. Little
v.
Clinton W. Smith, Lycoming County, Pennslyvania, Lycoming
County Prison Board, David A. Desmond, Warden, Williamsport
Hospital, Family Practice Group, Dr. John Doe, Dr. John Doe
# 2 (O'Brian), Dr. John Doe #3, Prison Nurse Elaine, Prison
Nurse Denise, Prison Nurse John Doe #4
 NO. 96-7107
 United States Court of Appeals,
Third Circuit.
 Oct 22, 1996
 
 Appeal From: M.D.Pa., No. 95-cv-00399,
 McClure, J.,
 
 912 F.Supp. 809
 
 1
 AFFIRMED.